IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRELL, | 1:07-CV-0470 AWI SMS HC |
| Petitioner, | |
| vs. | |
| JEANNE S. WOODFORD, | |
| Respondent. | ORDER OF TRANSFER |

On February 27, 2007, petitioner, a state prisoner proceeding pro se, filed a habeas corpus action pursuant to 28 U.S.C. § 2254, in the United States District Court for the Central District of California. On March 20, 2007, the Central District filed an order transferring the case to this court, which was received on March 26, 2007.

The petitioner is challenging a conviction from San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

1    Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the
2 proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this
3 action will be transferred to the Sacramento Division.
4    Good cause appearing, IT IS HEREBY ORDERED that:
5    1.  This action is transferred to the United States District Court for the Eastern District of
6 California sitting in Sacramento; and
7    2.  All future filings shall reference the new Sacramento case number assigned and shall
8 be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:   April 19, 2007**                          **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE